# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130948

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                     SC: 130948
                                     COA: 268421
                                     Genesee CC: 05-015500-FC

THURMAN JONES,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 27, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      KELLY, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2006

_____
Clerk

d0919